Argued and submitted September 26, reversed and remanded with instructions
October 25, 1995

Vida TALEBI,
*Respondent,*

*v.*

Mohammad Jatalachi FOOLADI,
aka Tooraj J. Fooladi,
aka Todras Fooladi,
*Appellant.*

(18-94-05123; CA A85999)

904 P2d 201

Robert J. McCrea argued the cause for appellant. With him on the brief was McCrea, P.C.

Mary L. Wagner argued the cause for respondent. With her on the brief was Shepard & Wagner, P.C.

Before Riggs, Presiding Judge, and Landau and Leeson, Judges.

PER CURIAM

Reversed and remanded for entry of judgment dismissing stalking protective order. *Starr v. Eccles*, 136 Or App 30, 900 P2d 1068 (1995); *State v. Norris-Romine/Finley*, 134 Or App 204, 894 P2d 1221, *rev den* 321 Or 512 (1995).